# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0617
Lower Tribunal No. F85-16798C
_____

**Julita Deparias,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Christine Hernandez, Judge.

Julita Deparias, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Ratliff v. State</u>, 914 So. 2d 938, 940 (Fla. 2005) ("It is abundantly clear that the Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life. The term 'life' is sufficiently definite so that it can be understood and applied. There is nothing indefinite about such a sentence." (internal citation omitted)).